# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**PAu 3-920-383**

Effective Date of Registration:
September 12, 2018

## Title

| | |
|---|---|
| Title of Work: | The Professor and the Madman |
| Nature of Claim: | Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |

## Author

| | |
|---|---|
| Author: | Definition Films, DAC |
| Author Created: | Entire film |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Definition Delaware, LLC<br>116 N. Robertson Blvd., Suite 200, Los Angeles, CA, 90048, USA |
| Transfer statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | "The Professor and the Madman: A Tale of Murder, Insanity and the Making of the Oxford English Dictionary"/Simon Winchester, used by permission, and unpublished screenplay, "The Professor and the Madman," application filed March 21, 2018, No. 1-6409050081 |
| Previously registered: | Yes |
| Previous registration and year: | TX0004848251, 1998<br>PAu003919285, 2018 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | Cinematographic material including performance and all audio and visual elements |

Page 1 of 2

Exhibit "1"

## Certification

**Name:** Michael A. Hierl
**Date:** September 11, 2018

**Copyright Office notes:** Regarding previous registration and material excluded: Information added from Copyright Office records.