# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director



**Registration Number**
**PA 2-197-434**
**Effective Date of Registration:**
August 26, 2019
**Registration Decision Date:**
August 29, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Angel Has Fallen |
| **Previous or Alternate Title:** | Olympus Has Fallen 3 |
| **Nature of Claim:** | motion picture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | August 21, 2019 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Fallen Productions, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Fallen Productions, Inc.<br>318 N. Carson St., #208, Carson City, NV, 89701 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | motion picture screenplay |
| **Previously registered:** | Yes |
| **Previous registration and year:** | PAu 3-917-080, 2017 |
| **New material included in claim:** | Cinematographic material including performance, production as a motion picture, editing and all audio visual elements including photography, dialogue |

Page 1 of 2

**Exhibit "2"**

music and special effects

**Certification** _____

      **Name:** Rick Eyler
      **Date:** August 22, 2019

_____

**Correspondence:** Yes