| NO | IP | PORT | Peer ID |
|----|----|------|---------|
| 1 | 72.130.57.100 | 50234 | 2D4657363831352D535A35366956586735345359 |
| 2 | 72.130.57.100 | 50469 | 2D4657363831352D4D6B3721336E29325650562E |

**Exhibit "3"**

| NO | IP | Torrent Hash |
|---|---|---|
| 1 | 72.130.57.100 | 3E21A2AEDD1239A404FB608A7CF504143725F3C9 |
| 2 | 72.130.57.100 | 3E21A2AEDD1239A404FB608A7CF504143725F3C9 |

| NO | IP | Torrent Name |
|----|----|--------------|
| 1 | 72.130.57.100 | The Professor And The Madman (2019) [BluRay] [720p] [YTS.LT] |
| 2 | 72.130.57.100 | The Professor And The Madman (2019) [BluRay] [720p] [YTS.LT] |

| NO | IP | Session End |
|---|---|---|
| 1 | 72.130.57.100 | 7/26/2019 10:41:35 |
| 2 | 72.130.57.100 | 7/26/2019 10:45:16 |