| NO | IP | PORT | Peer ID |
|---|---|---|---|
| 1 | 74.87.50.158 | 59693 | 2D4657363734472D46496B70592E794538327944 |
| 2 | 74.87.50.158 | 54103 | 2D4657363831352D6249377579762D636D344942 |

Exhibit "4"

| NO | IP | Torrent Hash |
|---|---|---|
| 1 | 74.87.50.158 | F63F5737AA36AC1D23B92B4E14957F3B79E507C1 |
| 2 | 74.87.50.158 | 3E21A2AEDD1239A404FB608A7CF504143725F3C9 |

| NO | IP | Torrent Name |
|---|---|---|
| 1 | 74.87.50.158 | I Feel Pretty (2018) [BluRay] [720p] [YTS.AM] |
| 2 | 74.87.50.158 | The Professor And The Madman (2019) [BluRay] [720p] [YTS.LT] |

| NO | IP | Session End |
|---|---|---|
| 1 | 74.87.50.158 | 10/28/2018 1:57:22 |
| 2 | 74.87.50.158 | 7/25/2019 9:33:51 |