CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail:    kculpepper@culpepperip.com

Attorney for Plaintiffs
Definition Delaware, LLC, and
Fallen Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Definition Delaware, LLC, et al., | ) | **Case No.: 1:20-cv-27 KJM-NONE** |
|---|---|---|
| | ) | (Copyright) |
| Plaintiffs, | ) | |
| vs. | ) | PLAINTIFFS' NOTICE OF |
| | ) | DISMISSAL OF DEFENDANT |
| Puakailima Davis, | ) | DAVIS WITHOUT PREJUDICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLAINTIFFS' NOTICE OF DISMISSAL OF
DEFENDANT DAVIS WITHOUT PREJUDICE

Plaintiffs provides notice of their voluntary dismissal under Rule 41(a) of Defendant Puakailima Davis <u>without prejudice</u>.  This dismissal is pursuant to Rule 41(a)(1)(A)(i).  Plaintiffs do not seek an award of attorney's fees and/or costs.  No claims, including any counterclaim, cross-claim, or third-party claim, would remain following dismissal.  No answer or motion for summary judgment has been filed.

DATED: Kailua-Kona, Hawaii, April 20, 2020.

CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiffs


APPROVED AS TO FORM:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge


*Definition Delaware, LLC, et al. v. Puakailima Davis*, Civil No. 20-0027 KJM; Notice of Dismissal of Defendant Davis without Prejudice